Pro Se Office
U.S. District Court
Southern District of Florida
400 North Miami Avenue / Room 8N09
Miami, Florida 33128

FILED by PG D.C.

MAY 31 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

May 23, 2016

Reginald Gousse
06-A-2088
Attica Correctional Facility
639 Exchange Street
Attica, New York 14011

Re: Gousse v. Chambers, 16-CV-20216-RNS-OR

Dear Sir/Madam:

I am the Plaintiff in this action and to obtain a Motion For Referral To Volunteer Attorney Program; and a printout of the Court's Volunteer Attorney Program.

Moreover, I would appreciate a measure of insight as regards to whether or not pro se litigants who have been afforded In Forma Pauperis status are afforded the services of the District Court's stenographers to conduct on site depositions. Or, in the alternative retain the services thereof. If so, may I have a courtesy copy of fee schedule for District Court Reporters.

Thank you for your time and assistance.

Respectfully,

R. Gousse

Reynald Gousse 06A2288
IF NOT DELIVERED IN 5 DAYS
RETURN TO
**ATTICA CORRECTIONAL FACILITY**
ATTICA, NEW YORK 14011-0149

Legal Mail

R. Gousse
06A2288

Pro Se Office
U.S. District Court
Southern District of Florida
400 North Miami Avenue / Room 8N09
Miami, Florida 33128

ATTICA CORRECTIONAL FACILITY

02 1M
0004281607
MAILED FROM ZIP CODE 14011
$ 00.46⁵
MAY 23 2016
PITNEY BOWES
UNITED STATES POSTAGE