United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Reginald Gousse, Plaintiff<br>v.<br>Amili Chambers, Defendant. | )<br>)<br>)<br>) Civil Case No. 16-20216-Scola |

**Order Denying Motion To Appoint Counsel**

The Plaintiff, Reginald Gousse, has asked the Court to appoint counsel to represent him in this lawsuit. (Mot., ECF No. 15.) The Motion is **denied**.

"A plaintiff in a civil case has no constitutional right to counsel." *Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999). Under 28 U.S.C. § 1915(e)(1), the district court has discretion to appoint counsel for an indigent plaintiff, but counsel should be appointed only in exceptional circumstances. *See Steele v. Shah*, 87 F.3d 1266, 1271 (11th Cir. 1996); *Bass*, 170 F.3d at 1320. Exceptional circumstances generally exist "where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner." *See Fowler v. Jones*, 899 F.2d 1088, 1096 (11th Cir. 1990); *Brown v. John Deere Product, Inc.*, 460 F. App'x 908, 909 (11th Cir. 2012). Ultimately, "[t]he district court has broad discretion in making this decision[.]" *See Bass*, 170 F.3d at 1320. Here, Gousse has not shown that this case is exceptionally complex, nor that he is unable to present his cause without the help of a trained practitioner. Therefore, the Court declines to appoint counsel for Gousse.

Accordingly, the Court **denies** Reginald Gousse's Motion to appoint counsel (ECF No. 15). However, the Court **directs** the Clerk to list this case on the Court website as an opportunity for a local attorney to take on the case *pro bono*. The Clerk should include the following narrative:

> Reginald Gousse sues Amili Chambers for defamation and intentional infliction of emotional distress based on a post Chambers wrote on Facebook.

To the extent Gousse seeks payment of the "Court's stenographers to conduct on site depositions," his *in forma pauperis* status affects the payment of his filing fee and other limited expenses, *see* 28 U.S.C. section 1915, but it does not provide for payment of court reporters.

**Done and ordered**, in chambers at Miami, Florida, on June 13, 2016.

_____
Robert N. Scola, Jr.
United States District Judge